# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

**SHAREE MICHELLE FLOYD,**

    Plaintiff,

v.                                                  **No. 4:25-cv-00243-P**

**LOCKHEED MARTIN CORPORATION,**

    Defendant.

## FINAL JUDGMENT

    This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

    **SO ORDERED** on this **29th day of October 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE